AUTOMOBILE CLUB SERVICE, INC., Respondent, *v.* WILLIAM J. GOTTLIEB et al., Appellants.

Argued October 1, 1947; decided October 16, 1947.

638

*Leo T. Kissam, Charles E. Powers* and *Abraham Hornstein* for appellants.

*Woodson D. Scott, Herbert Brownell, Jr.,* and *Edmund P. Rogers, Jr.,* for respondent.

Order affirmed, with costs, on the ground that the first cause of action is sufficient in law upon its face. We pass upon no other question. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.